1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2       Including Professional Corporations
   DOUGLAS J. FARMER, Cal. Bar No. 139646
3  DEBORAH L. MARTIN, Cal. Bar No. 172634
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4109
   Telephone:    415-434-9100
5  Facsimile:    415-434-3947

6  Attorneys for The Children's Place Retail Stores, Inc.

7
                     UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

| 11 LEANA ROMAN,                               | Case No.  C-06-5475 MHP                        |
| 12            Plaintiff,                      | Assigned to the Hon. Marilyn Hall Patel         |
| 13     v.                                     | **STIPULATION OF DISMISSAL WITH PREJUDICE**     |
| 14 THE CHILDREN'S PLACE RETAIL STORES, INC., and DOES 1-40, | |
| 15                                            |                                                |
|    Defendants.                                |                                                |

17     The parties, by and through their counsel of record, hereby stipulate that the above

18  captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

19

20  Dated November 29 2006          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21

22                          By    _____
                                   Deborah L. Martin
23                                 Attorneys for Defendant The Children's Place Retail Stores, Inc.

24
    Dated November 29 2006          LAW OFFICES OF BRUCE R. BERNSTEIN
25

26
                            By    _____
27                                 Bruce R. Bernstein
                                   Attorneys for Plaintiff Leana Roman
28
                                                Dated 12/5/06

*IT IS SO ORDERED* — Judge Marilyn H. Patel

W02-WEST:4DLM1\400130617.1                    -1-                              Stipulation of Dismissal